FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 19 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>BANK OF AMERICA, N.A., DBA BAC Home Loans Servicing, FKA Countrywide Home Loan Servicing, LP and SHAUN DONOVAN, Secretary of Housing and Urban Development,<br><br>    Defendants - Appellees. | No. 14-17032<br><br>D.C. No. 2:13-cv-01845-GMN-GWF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The briefing schedule previously set by the court is vacated.

The court will initiate a further conference by telephone on March 3, 2015, at 2:00 p.m. **Pacific Time**.

FOR THE COURT

By: Claudia L. Bernard
Chief Circuit Mediator

CLB/Mediation