**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION, Plaintiff - Appellant, v. BANK OF AMERICA, N.A., DBA BAC Home Loans Servicing, FKA Countrywide Home Loan Servicing, LP and SHAUN DONOVAN, Secretary of Housing and Urban Development, Defendants - Appellees. | No. 14-17032 D.C. No. 2:13-cv-01845-GMN-GWF District of Nevada, Las Vegas ORDER |

The court has been informed that the parties require additional time to file a motion or stipulation to dismiss this appeal. By August 17, 2015, appellant shall file a motion or stipulation to dismiss this matter, or shall contact the undersigned.

FOR THE COURT

By: Claudia L. Bernard
Chief Circuit Mediator

CLB/Mediation