| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 10 2015<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>BANK OF AMERICA, N.A. and SHAUN DONOVAN, Secretary of Housing and Urban Development,<br><br>    Defendants - Appellees. | No. 14-17032<br><br>D.C. No. 2:13-cv-01845-GMN-GWF<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

The court has been informed that the parties require additional time to file a motion or stipulation to dismiss this appeal. By October 12, 2015, appellant shall file either a motion or stipulation to dismiss this matter or shall contact the Circuit Mediator.

FOR THE COURT:

bs/mediation

Claudia Bernard
Chief Circuit Mediator